Our next case is Alexandra Stankiewicz v. Merrick Garland. Good morning, honors. May it please the court. My name is Joshua Bardavid for Ms. Stankiewicz, the petitioner. The government seeks to deport a mother of three U.S. citizen children, a lawful permanent resident since 1992 for a 20-year-old conviction for which she received three years of probation and was fined $1,000. The Board of Immigration Appeals seeks to find her removable by retroactively applying a case that has been vacated and null and void by the Third Circuit. We ask that this court reverse the decision below. At the very least, remand is compelled for proper analysis in the first instance. On the first issue, because the parties have a significant amount of ink to the various complexities of the analysis of categorical versus modified categorical approach. But the matter before this court is actually relatively simple. The board in matter of ROSA made a decision that was relied upon by the court below. In the interim, while proceedings were still pending, the Third Circuit vacated that decision. Respondent below, petitioner here, asked that the matter be remanded to the jurisdiction judge in light of the Third Circuit's decision vacating matter of ROSA. But the Board of Immigration Appeals blindly continued to rely on a decision that was null and void. Why is it blind? I mean, the Board of Immigration Appeals decided a certain rule. They don't have to follow in this circuit decisions from other circuits, right? They do not have to follow decisions from other circuits except to the extent of where a decision on direct appeal has been vacated. Should the board wish to apply its decision that has been vacated in other circuits, it needs to address the reasons provided by the Third Circuit, at the very least, and why it is continuing to apply that law. And the authority for that is? I mean, it makes a certain amount of sense. I certainly would concede that. But I'm trying to figure out, is there some law that says that? Yes, Your Honor. In Yusing and matter of Salazar, the Board of Immigration Appeals, both those decisions where the board continued to apply a decision outside of the circuit of vacature, in both Yusing and Salazar, they said they provided a detailed analysis as to why they were continuing to apply the rule outside of the circuit of vacature. They're not applying it, right? I'm sorry, Judge? They're not applying the rule. They are applying matter of ROSA, which has been vacated by the Third Circuit. They are continuing to... Right. And what the Third Circuit said was that... They're applying a case that was vacated by another circuit, and the other circuit has no purchase, necessarily. It's not binding in any respect here, in the Second Circuit. Correct. And the purpose of the board being required to provide an analysis after its decision has been vacated on direct appeal... You're saying that when you decided this a minute ago, that the board made an analysis, but the requirement of an analysis, to the extent that you would like to see it, I don't know that that's required. They can just... Can't they just continue their law in the Second Circuit? The reason is that matter of ROSA, which the board explicitly relied on, is null and void. It no longer exists as a precedential decision because it has been vacated. If the board wishes to apply that same rule, there is no... Matter of ROSA, as it was written, does not exist as a matter of law. Would it be reasonable for us to read the board's decision in this case as essentially incorporating by reference the reasoning of ROSA, recognizing that ROSA as a precedent no longer exists? That could be. If the board wanted to incorporate, say, we're going to still apply matter of ROSA, these are the reasons why, then this court could continue to respect the board's decision in matter of ROSA. But since it has been vacated and is a nullity, if the board wishes to reinstate it in some manner, it is then required to do so. Because again... I'm still trying to find out what your source of law is for saying that that is a requirement. Why can't they just say, this is our law as far as we're concerned, we think the Third Circuit was wrong to buy. They can say that, but they didn't say that. Again, they said that in so many words, not more words, just we think the Third Circuit was wrong. We adhere to the decision that we made before. That would be okay. But if they just do that without saying it, that is a fundamental breach of some sort. I would assert that it's the equivalent of a statute being vacated by the Supreme Court or by this circuit and then subsequently being relied upon. If that other... if the statute itself still has effect, it can be relied upon. But until it has been reinstated in some way by Congress, it no longer has any effect. And it is more like a district court decision from another circuit that we found persuasive that had been vacated and the district court in this circuit could still cite that case for its persuasive reasoning, even though as a presidential authority it no longer existed. If that district court opinion on direct appeal was reversed, I would assert that it needs to be... another finding needs to be found. They need to lay out the reasoning in our own case rather than just citing that as if it says something. Citing it because it no longer exists. And even if to the extent that matter of ROSA, the board believes that it still is remaining good law... If we think the board was right and the third circuit was wrong, then we still have to send it back because it's not for us to say that the BIA was right because the BIA has to say that the BIA was right all along before we get to continue to apply what the BIA... give deference to what the BIA thinks. Well, I would bring the court's attention then to Smith 1, which was decided essentially to send the matter back to the board on a very similar statute dealing with 357.1 New Jersey statute. And this court actually expressed frustration that the board continues to punt on this issue. So I would say that because this court has de novo review, it is possible that this court does have the authority to reach an independent determination without sending it back. But I think following the guidance of Smith, that that is the most appropriate course of action, especially... I think I have that argument. So assume for the sake of the argument that we disagree about that, then am I right that the only issue you're raising on the New Jersey crime needs to be compared to? That is our second point. And then the third point is even under 840... sorry, 841, even if that is the appropriate statute, that statute itself is not divisible and the categorical approach applies. Wait, but what statute is not divisible? So the debate is whether or not 860 or 841 are the appropriate statute. But why does it matter whether 860 or 841, either of them is divisible? Isn't what matters whether the New Jersey statute is divisible? Because if the New Jersey statute were not divisible and it had a broader application than the federal statute, I mean, why do we ever look at whether the federal statute is divisible? I'm not sure I understand that. No, you are correct, Your Honor. I apologize if I misspoke. The question is certainly whether or not the New Jersey statute is divisible. But you are raising that Yes. Yes, Your Honor. And that's the third point in our brief. And is that one of the things I was trying to figure out? Because there's all this sort of like what was decided by the BIA, what's in front of us, and what has to go back. If we hypothetically assume that we conclude that you're wrong as to the comparator, but we recognize the possibility that the New Jersey statute is not divisible for the purposes of the categorical analysis, and that under the federal 841, it's still overbroad. Is that something that we can determine on this appeal? Or does that have to go back to the board in the first instance? I would respectfully assert that that should go back to the board in the first instance. And to illustrate the point, the government actually argues failure to exhaust on this issue that we raised. And that's precisely the point. Because if I can just overly summarize what transpired, it was the immigration judge said Madara-Varosa controls. On appeal, Madara-Varosa is vacated. Said Madara-Varosa no longer controls. Please send it back so we can litigate this issue. The board said no, Madara-Varosa still controls. So because the board, again, I categorize it as blindly relies on Madara-Varosa without any further analysis. These issues have not yet been developed before the agency. And these are specific to the agency because it does. But they were developed in ROSA, right? They were developed in ROSA, yes. But we don't have the benefit of the ROSA record for the arguments. And that's similar to the case recently. Well, one way or the other, if the BIA, if the BIA is entitled to, as you put it, blindly stick with its precedent despite the Third Circuit, then where are you, actually? Then we have to decide whether we agree with the Third Circuit or not, basically. Is that the point? That would be part of the analysis. Absolutely, yes. If the board was correct in relying on non-existent precedent, then this court would be required to analyze whether or not 860 is the comparable set. But yeah, if they were entitled to blindly adhere to ROSA, and then we still have to give it deference on the theory that this is the BIA's view of this, whether we do or don't agree completely with the Third Circuit, the BIA has spoken. It's spoken this way. And if that's good enough that we should defer to it, then, so your first argument really is very important here. Your Honor, I actually would assert, and I don't want to get too far afield, but the board actually has no particular expertise. So the when it comes to federal statutes. Well, then all the more reason, why isn't the question for us just whether the Third Circuit was right or wrong? Because if this is something on which the board doesn't have any expertise in the first place, why do we need to send it back to the BIA to decide explicitly that it still thinks that ROSA is right? Because whether they think ROSA is right or they think it's wrong, we get de novo review of that determination, right? Both the question of federal law as to what statute we look to, and the question of New Jersey law as to whether its narcotics statute or controlled substances statute is divisible in a way that most others apparently are not. And that's, I'm sorry, Your Honor. Then why isn't that just the court's attention to Smith, the language used in Smith, with the frustration that the board, while this court does have de novo review, there are, it is often the most appropriate to receive guidance from the agency, especially where it is. Even on questions of federal criminal law. Yes, and particularly where to give the parties an opportunity to develop the record, present the specific arguments that were not provided here because the board, again, declined to afford the parties the opportunity despite requesting that. But again, I'm still puzzled. What would those arguments be that you could not have presented or indeed did not present to us about the appropriate interpretation of federal law and New Jersey law? Are there new facts or different things that the immigration judge could find as a fact that A, B, and C, and therefore? No, Your Honor. Not what we have presented here, but I would again note that, again, the government argues that our arguments presented here are not exhaustive to the agency, and we were denied that opportunity before the agency because the board declined to remand after the Third Circuit vacated, matter of versa. I see I've far exceeded my time. I apologize. Thank you, Your Honors. Thank you very much. Mr. Lutz. Good morning, Your Honors. May it please the Court. Alexander Lutz for the government. Your Honors, there's two issues in this case. The first is the divisibility of the statute of federal approach more broadly requires, in every case, the identification of one single most analogous federal comparator to use for the categorical comparison. Well, don't we not, we don't even get to what you've described as the first issue, the divisibility of the statute, unless we rule in your favor on the second issue. Am I right about that? We don't need the statute to be divisible unless we're trying to do the 841 because that's where things get a little dodgy on the categorical comparison. Am I? I think you're right, Your Honor. I think what you're asking is, is there a mismatch between this statute and 860? And I think there probably is. For one thing, the definitions of school and one and school bus and the other are different. So I think the answer to Your Honor's question is yes. But we really do need to get to this issue about whether or not the categorical approach requires identifying one comparator. Right. It doesn't here. Any means any. And I question, because it seems to me, are you conceding that we could get, if we rule your way on that threshold issue, can we then get to this question of whether or not there's a categorical match between 841 and the New Jersey statute, which I think in turn requires us to do the divisibility analysis? Or is it your position we have to send that back to the board? I don't think you need to send anything back to the board here, Your Honor. The petitioner's right. Singh and Salazar, the petitioner frames this argument as whether or not we need to remand the case so that the board can reexamine whether it can apply a matter of ROSA. Singh and Salazar were cases where the board happened to provide further analysis. They didn't say, here's a rule, only in cases where we provide this further analysis can we continue to rely on other circuits. But as a matter of common sense, it's one thing to say we continue to apply some authority that still exists, but maybe has been overruled in a different case. So it's been overruled, but it still exists as a case, versus we're not going to give you any analysis. We're just going to cite our prior precedent, which as a sort of matter of law, it doesn't exist anymore because it was vacated. Well, it still does exist, Your Honor. The rule here comes from matter of Anselmo, which we cited in our answering brief. In Anselmo, the board laid out this rule. They said, when a court overrules or disagrees with us on an issue of law, we won't apply our precedent anymore in that circuit. We'll continue to apply our law in other circuits, except where it's inconsistent with that law. The board applies its own precedent, generally follows the law of the circuit in which a case comes up. And I don't think, nobody's arguing that the board is in any way bound by the Third Circuit's decision in terms of the law that applies in the Second Circuit. I understood argument to be much narrower, which is, if you're going to rely on the reasoning of a case that's been vacated, you can't simply cite that case because it's been vacated. You need to lay out the reasoning. It may be sort of more form over substance if we understand the citation to that case to signal an intent to incorporate the reasoning of that case. But that seems like a just as a matter of trying to encourage the board to do things the right way, the right way would be to provide the reasoning anew, since you no longer have a precedent you can cite that actually exists. I respectfully disagree, Your Honor, because the rule in the board is that it continues to apply its precedent in circuits where it hasn't been overruled. So the board really doesn't need to say more here. I'm distinguishing between overruled and vacated because I think that those, as a legal matter, have very different impact. And so I am 100% with you on overruled. Okay. But I think the argument here is, but it's also been vacated. And so when something is vacated, it no longer exists for the purpose of citation in any, in any circuit. I follow you, Your Honor. And what I'm trying to say, perhaps I was inapt and failing to distinguish between overruling and vacating, but whichever one we use, what I'm trying to say here is that the board's rule is that it continues to apply its precedent to the extent it's consistent in the circuit in which a particular case arises. Here, Rosa is fully consistent with this court's and the Supreme Court's law on the issue at bar. In fact, I would respectfully suggest that this whole thing about Rosa, matter of Rosa, is a red herring. The court doesn't even need matter of Rosa because the issue that the board was addressing there is squarely addressed by this court's law. And the way this court's addressed it is the way the board correctly applied it here. The question in matter of Rosa was when you're categorically comparing a conviction to a drug trafficking crime, as that term is defined under federal law, do you have to identify one most analogous Federal Controlled Substance Act felony and only use that one for the categorical comparison? That's the petitioner's whole argument here. That even if, even if there's no dispute, as there really isn't, that distributing cocaine would be a felony under federal law, specifically 841, the petitioner's position is it isn't an aggravated felony if you do it at a school. Because in this particular case, the petitioner argues, you can only compare it to the federal school zone statute at 860 and then there's mismatches there. Which is a sort of bizarre argument because if she had distributed cocaine anywhere else near a school, there would be no question that that crime, assuming the New Jersey statute is divisible as between cocaine and other drugs, that the federal statute would be a perfect match for it. But because both jurisdictions think it's somehow worse to distribute cocaine near a school, the fact that they each define near a school a little bit differently suddenly makes her distribution of cocaine, which had it occurred anywhere else, would get her reported not a removable offense. Yeah, I completely agree with you. That's a kind of strange outcome you're contending. You're preaching to the choir, your honor. I completely agree with you about that. And the anomalous nature of that result should give the court significant pause. I mean, as you point out, this statute in New Jersey and the federal school zone statute are both designed to make schools safe havens. We don't want to expose kids to drugs. This is going to turn a safe haven into a safe zone for distributing drugs. So if we agree with you on that, I'm still a little bit puzzled on what the respective parties' positions are. So then we're left with 841. And the question of whether there's a categorical match between the New Jersey statute and 841. Is it your position, and I think a good argument can be made that in order to do that you have to decide whether the New Jersey statute is divisible for the purpose of applying a modified categorical approach. Is it your position that that's something that the board ought to do in the first instance? Or is it your position that we're free to do that here because it's part of the overall judgment below even if it wasn't the reasoning that the board relied on? Your honor's free to do it here because divisibility is a question of state law on which the board has no particular expertise. The board deserves deference when it's construing the INA and the related regulations. But this is about New Jersey law. Whether the New Jersey statute's divisible is a New Jersey state law question. So good, so thank you. So let me ask you a question then about the divisibility. Absolutely. I take your point, and I think you spent a lot of time on it in your briefing, that 35-5C, the general New Jersey statute, is divisible. Yes. It's divisible because it has a subsection A which provides general conduct. But then in order to complete the elements and get to your assigned sentence, you've got these breakdowns of the different drugs, etc. Yes. What I'm puzzled by is 35-7 doesn't incorporate by reference the entirety of dash five. It only incorporates by reference subsection A, which describes the conduct without, it's agnostic as to the drug other than it be the scheduled drug. But it doesn't do any sort of breakdown. The punishment under C-7, or C-35-7 is distinct from any of the punishments. It's not tied to drug specific or male specific. It's tied to the fact of being convicted of 35-7. And you could imagine scenarios where the penalty is higher than it might be under 35.5C. And you could imagine situations where it might be lower. How does the divisibility in that circumstance of 35-5 carry over to saying that 35-7 is divisible? Because you have to complete all the elements of 35-5, I'm just going to call that section five and section seven for brevity. I love that, thank you. Okay, well that's how New Jersey courts do it, so I can't take credit. But at any rate, you have to complete all the elements of section five. The state has to prove all the elements of section five. But do they only have to prove all the elements of 5A? I don't see anything in 7 that requires you to prove anything from 5B. Well, Your Honor, I'm going to quote to you from the New Jersey Supreme Court's opinion in Dillehay in 1992. The state must prove all elements of a section five offense in order to establish a violation of section seven. Although section seven theoretically creates a separate offense, its real function is to require a minimum term as part of the sentence of certain offenders who would normally be prosecuted under section five. So the New Jersey Supreme Court has answered this question. I'd also point the court to Ivory, in which the New Jersey court said the first step in determining whether 35-7 has been violated is to see whether section 5A has been violated, and then you just take out the tape measure. So, you know, these two tasks you have, excuse me. But you just said 5A, isn't that right? I did, but Dillehay didn't say 5A. And I want to make one point. This is an unusual relationship between these two statutes. I agree with you that section seven's explicit cross-reference points to section eight. That's right there in the text. I'm not going to waste Your Honor's time arguing about that. But these two statutes, if you read further into New Jersey law, have a unique relationship. Section five is a lesser-included offense in section seven that doesn't merge. It specifically says in the statute that these two don't merge. Section five is undisputedly divisible, and the New Jersey Supreme Court has said you have to prove every element of section five. And then there's one additional element for a section seven conviction, which is that it was within a certain area of a school. So under New Jersey law, you have to charge both the drug and the amount to get a 35-7 conviction? I wouldn't have known that from the face of the statute, but you're saying by case law the Supreme Court has said that you can't convict under 35-7 without charging and instructing the jury and getting conviction, not only as to the elements laid out in 5A, but also one of the alternative elements laid out in 5B. I think Your Honor's asking about a question where section seven would sort of be charged on its own. I don't think that happens. I think section five and section seven get charged together. I think they go together. So section seven is treated just as a sentencing enhancement, as an extra element on a section five offense? It kind of is, Your Honor. Yeah, even though it ostensibly creates another crime. In this case, is there a conviction under section five as well? I'd have to look at the record of conviction, Your Honor, but I think there is. Give me a second. If there is, why are we even talking about it? Why isn't that the aggravated felony? Why are we even talking about section seven? I'm taking a look here. Let's see. I think it was a guilty plea, Your Honor. I think there, I'm looking at the counts here. This is at pages 362 and 363 of the record. Count one, distribution of a controlled dangerous substance on school property. Section two, manufacture, distribute, dispense under 5A. And count three, possession of controlled dangerous substance under 2C3510A. And it looks like there was a guilty plea to the school zone charge. So there was actually a conviction based on a guilty plea without a determination of all these elements of amount and drug. Your Honor, that often happens in guilty plea cases. It's that- Well, but that's, then the question becomes, guilty pleas are not different than convictions by a jury. The only difference is that it's who makes the determination, but there still has to be a finding, does there not? If it is an element of the offense, in order to support whatever punishment is being sought, then you would need to have an, you'd have to advise the defendant that she is pleading guilty to a particular amount and drug or not. And if you don't, then it seems like it's not divisible, because then the punishment, she's pled guilty to a crime, and the punishment level drops down, I guess, to the lowest drug it could have been. And the lowest amount it could have been. Because there would not be a basis for a finding that she had actually pled guilty to a section seven violation involving cocaine, rather than marijuana or any other weird thing that New Jersey puts into its controlled substances law. I follow you, Your Honor, and I'd make a few points in response. First of all, page 363, we do see that the judgment of conviction specifies cocaine. So that was in the documents of conviction here. Secondly, we don't have all of those other documents, Your Honor, pointed out. So maybe they would show cocaine in this particular case. We don't know. But that takes me to my bigger point on this, which is that- But what you're saying, if the law in New Jersey were, is that in order to get a conviction before a jury of a particular section seven offense, the jury would have to be instructed as to what drug is being charged and what amount is being charged? I believe that's correct, Your Honor. So then the law, it would seem to me, would follow that the defendant pleading guilty needs to know the same things, because otherwise the person pleading guilty wouldn't know to what sentence she was exposed, and the plea would be invalid. No, I think you're right about that, Your Honor. And what I'm saying is just that we don't have all of those records in this particular case. So I can't point to you to page in the record and say to you, yes, see, that happened here. But that's a factual question. The legal question, your position is as a matter of law, they do have to allocate to all those elements, regardless of what did or didn't happen here. And if it didn't happen here, there might be a challenge to the New Jersey conviction. That's not for us to deal with. Bingo, Your Honor. You know, the divisibility inquiry often runs into this unusual sort of lacuna in the law, where we're looking for something about state law that states don't usually care about when they're writing their criminal statutes. But if you look at the Supreme Court's case in Mathis, which is the big standard case on whether something's an element that makes a statute divisible or a means, it says means are legally inconsequential illustrations of various ways a defendant could commit a particular offense. And what I'm saying here is we have multiple sources of New Jersey law that show that the identity of the substance for Section 5, and by extension, Section 7, aren't legally irrelevant. Section 5, there's New Jersey case law, I'd point to Ribostoneo, I'd point to Jordan, that say the use of a singular substance refers to only one drug. Two drugs, two different crimes. They- Right, but all of these cases under 5 don't feel, once you assume that whatever the divisibility analysis is as to 5 applies under 7, then all this other stuff is just kind of extra arguments on that point. It seems to me the issue is whether in fact that assumption is true. And so I hear you, that you're saying under New Jersey law you would have to charge not only all the elements we see in 5A and 7, but you'd also have to charge an element in 5B, even though it's irrelevant to the sentence in this case. I'm surprised to hear that, and I'm going to go back and read the cases that you say tell us that. But that would have to be your position. It is, Your Honor. This guilty plea case that just has a Section 7 conviction doesn't provide us with the most fulsome record. But what I'm looking at here is New Jersey law that says you have to prove all elements of a Section 5 offense in order to establish a violation of Section 7. That's in Dillehay. So if the substance of- Give me the context, and I'm sorry I don't have that case in my mind. Sure. Is the context of that where those words actually mean what we're talking about here, or is that sort of language that's pulled from that statute in a completely different analysis? Is the point of that to say you have to charge and prove one of the subsections of B in order to get a conviction under 7? You know, Your Honor, I think, I'm stretching my memory here, but my recollection is that Dillehay was about whether Section 7 and Section 5 would merge together. And I think the court was going through a pretty extensive analysis of this relationship between these two statutes. It was saying 5 is included within 7. But even if we step back from that case, the model jury charges say for Section 7 that in order for you to find the defendant guilty of this charge, the State first must prove beyond a reasonable doubt that the defendant possessed with the intent to distribute a controlled substance. And it goes on to say the elements of distributing or dispensing a controlled substance are, one, S blank in evidence is, insert appropriate CDS or CDS analog. So the jury instructions indicate this. Well, the jury, no, that actually suggests to me the opposite, right? That the element, all right, edit. It says you have to fill in the blank with the name of the drug. Right, which shows that it has to be specified. Not the subsection of 5B that you're relying on for your conviction. I mean, I think you're extrapolating from a sort of, the fact that you need to tell the jury what the claim is to that's a necessary element without correlating it to 5B, the way that they're broken down there. I guess that's what I'm. Well, what I'm saying, I'm trying to follow your honor there, just to clarify what I'm saying. No, no, no, no, no. That's on my side of the bench, your honor. I just want to make sure I'm clarifying what I'm saying. What I'm saying is that the Section 7 jury instructions say the state first has to prove that the defendant possessed with intent to distribute a controlled dangerous substance. The elements of that are that the substance in evidence is, and you have to identify the substance. And again, just to step back to 30,000 feet here, what we're doing is combing through New Jersey state law for indicia as to whether the identity of the substance for Section 5 and by extension Section 7 are just legally irrelevant means that do nothing here. They have work to do. They have to be specified. We know that it's part of a Section 5 conviction. We know that Section 5 is part of Section 7. I agree we're making some transitive jumps here, but I mean, the legal authority for these is pretty clear. Okay, we've kept you long beyond your time, and I apologize for that, but thank you for helping us out there. Thank you, your honors. Mr. Barnett. Thank you, your honors. Just very briefly, with respect to the first issue, I do agree that there's a very big difference between declining to follow and vacating. I would bring this court's attention to Brown v. Kelly, a second circuit decision cited in our brief, as well as Wright v. Contractors, both which say a vacated decision has no precedential authority and an agency errors if it relies on it. With respect to 5A versus 5B, that is important that 7 incorporates only 5A. In this instance- What about the case law that says, but 5 is, you have to prove all 5 to get 7? Yes, Dillehay does say that you have to prove all of the elements of 5, but doesn't say what those elements are. So again, it leaves open the question of whether or not the identity of the drug is the specific drug is an element. And look at the model jury instructions. It is possible that a jury can be charged with finding guilt if the prosecution proves that it is one of the drugs contained in the schedule one through four. That's why there's a catchall, I believe it's sections 11 and 12 of 5B, where it doesn't specify the drug. A person, I don't know if it's pharmacologically possible, but if the jury were to be charged with that it is heroin or cocaine, that the tests prove it is one or the other, as long as the jury is confident that it's heroin or cocaine beyond a reasonable doubt. It doesn't need to specify that it is- Do you have a case law or statute that says that? No, Your Honor, but the- That would make it clear that it is not divisible, right? Because the crime is whatever controlled substance. And then the jury doesn't need to be unanimous, for example, about which one it is. That's sort of the very essence of what it would mean for the statute to be not divisible. Conversely, and I'm not suggesting that you need to have a case, because I'm not sure the government has a case either, that goes explicitly the other way, where the court says, no, that's not a valid conviction because the jury has to find which drug it is. Or at least maybe which drug that falls within category A or category B, or however they divide up their controlled substances. Well, I think that's why understanding the fact that seven incorporates 5A, and 5A doesn't specify any drug. I understand, yeah. And so I would agree that we don't necessarily need to have a case that says that, because the statute doesn't say that. The statute doesn't- The question is, is there case law that makes that clearer somehow? Is it truly New Jersey law that it's an element that has to be pled, or charged by a grand jury, or however they do things in New Jersey, pled, proven beyond a reasonable doubt, found by the jury, or in a guilty plea, that the defendant needs to be advised as to what drug it is, and has to admit that it's this drug, rather than that drug as charged in the indictment or information. That's what we're talking about. As far as I know, and from my research, as well as the cases cited by the parties there, and in other cases, including Smith, and including in Rosa, there is no specific New Jersey statute, New Jersey case law that addresses that precise issue. I do see that I've- Appreciate it. Thank you very much. Thank you, your honors. Thank you, your honor's advisement.